UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| VICTORIA SYMONDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2:10-cv-00508-NT |
| | ) | |
| FEDERAL EXPRESS CORPORATION | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on December 31, 2011 her Report and Recommended Decision (Docket No. 43). The Plaintiff filed her Objection to the Recommended Decision (Docket No. 47) on January 24, 2012. Defendant filed its Response to the Plaintiff's Objections to the Report and Recommended Decision (Docket No. 48) on February 7, 2012.

I have reviewed and considered the Magistrate Judge's Report and Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

It is further <u>ORDERED</u> that the Summary Judgment be GRANTED to the Defendant.

SO ORDERED.

<u>/s/ Nancy Torresen</u>
NANCY TORRESEN
UNITED STATES DISTRICT JUDGE

Dated this 8th day of May, 2012